AO 243 (Rev. 09/17)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 JUN -9 PM 12: 11

| United States District Court | District | Docket or Case No.: |
|---|---|---|
| Name *(under which you were convicted):* Andrew Juarez | | |
| Place of Confinement: Florence FCI | Prisoner No.: 31869-511 | |
| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* | |
| v. Andrew Juarez | | |

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

Robert V. Denney Federal Building
100 Centennial Mall North Room 593 Lincoln NE 68508

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: 01-08-26

3. Length of sentence: 230 months

4. Nature of crime (all counts):

   Count ① Conspiracy 846

   Count ② 924 C 1A

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

RECEIVED
JUN 0 9 2026
CLERK
U.S. DISTRICT COURT

Page 2 of 13

AO 243 (Rev. 09/17)

8.   Did you appeal from the judgment of conviction?        Yes ☐        No ☒

9.   If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised:

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

Yes ☐        No ☒

11.  If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐      No ☒

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐      No ☒

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:    Yes ☐    No ☒

    (2)  Second petition:    Yes ☐    No ☒

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Fourth Amendment Violation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On May 9, 2024 SGT Smack proLonged the traffic stop beyond it's initiat justification time requesting to search the SUV with out Reasonable suspicion I denied the search of the SUV and so did the Owner He still search the SUV after being denied the Search Using the K-9 making it a drug invesigation stop insted of a Routine Traffic Stop.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Counsel was Ineffective

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☒

AO 243 (Rev. 09/17)

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☒

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☒

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: My first Lawyer sceard me out of my motion to Supress be telling me I was going to Lose and I would get more time and I would Lose my acceptance of Responsibility points My secored Lawyer said I just did't want to put it in

**GROUND TWO:** Ineffective of counsel

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

failed to Raise clam one motion to supress

(b)  **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☒

AO 243 (Rev. 09/17)

(2) If you did not raise this issue in your direct appeal, explain why:

*Ineffective of counsel*

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: *Counsel was Ineffective and would never go see me and did't want to do anything I asked of him I even tried to firer him*

AO 243 (Rev. 09/17)

**GROUND THREE:** Ineffective of Counsel (DUe Prosses

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel was Ineffective By not allowing me to view any discovery, videos, or addio amounting to no Represtation at all after I asked multiple times my Lawyer even told me why I wanted to Look at my discovery and that it was about 3,000 to 4,000 pages and that he would pickout what I should Look at

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☒

AO 243 (Rev. 09/17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):    _____

Date of the court's decision:    _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:** Ineffective of Counsel

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I attempted to firer counsel for numerous Reasons affecting my defence and goverment intrusion violated my counsel of choice

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

(2)   If you did not raise this issue in your direct appeal, explain why:

Ineffective of counsel

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

    Yes ☐    No ☒

(4)  Did you appeal from the denial of your motion, petition, or application?

    Yes ☐    No ☒

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes ☐    No ☒

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Ineffective of Counsel and the judge told me no that I had to keep my Lawyer and that he did not have to do everything that I asked Him

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?      Yes ☐      No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

(b) At the arraignment and plea:

(c) At the trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☒      No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐      No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?      Yes ☐      No ☒

Page 11 of 13

AO 243 (Rev. 09/17)

18.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.\*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

Vacate Revers Remans for Resentensing
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _May 28, 2026_ .
(month, date, year)

Executed (signed) on _____ (date) 05-28-2026

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Page 13 of 13

Cases to Suport Ground one

Illinoise V. Caballes 543 U.S 405, 407, 125
S. Ct. 834 160 L. Ed. 2d 842 (2005
"The Suprem Court of Illinois, in reversing, said
that because the Canine sniff had been performed
without any specific a articulable facts to
suggest drug activity, the use of the dog had
unjustifiably enlarged the scope of a routine
traffic stop into a drug investigation

U.S V. Concepcion-Ledesma 447 F. 3d 1307,
1314 (10TH CIR 2006)

(iii) The Prolonged Retention" of a Person's Personal
Effect such as Identifcation, or Conversely,
"The Prompt Return of the Defendant's Identifcation
and Papers" (V) The "Officer's Failure to
Advise the Defendent The [~~he~~ He or she]
is Free to Leave

United States V. "Fernandes, 161" F. Supp. 3d 1081
N.D. OKLA. 2016

The court found (1) that although the traffic stop was
initially justified, the Officers did not have reasonable
suspicion to continue detaining plaintiff after completing
the traffic stop

(2) that the extension of the traffic stop was not consensual; and (3) that plaintiff did not consent to the search of his vehicle. Fenandes 1090-93.

Cases for Ground Two

U.S V. NEEMANE (8TH CIR 2025)
Counsel Failed to Advise me Regarding the Law
Surrounding Pleading Guilty and for failing to
file a motion to suppress. Counsel Had me
under the Impression that I could Receive more
time if I went through with the Suppression
Hearing

Andrew Juarez 31869-511
Florence FCI
P.O. Box 6000
Florence CO 81226



Special

Legal mail

RECEIVED

JUN 0 9 2026

CLERK
U.S. DISTRICT COURT

Clerk, United states District Court for Nebraska

100 Centennial Mall North, suite 593

Lincoln  NE  68508

FEDERAL PRISON CAMP
P.O. BOX 1000
FLORENCE, COLORADO 81226

JUN 02 2026

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a question
or a problem over which this facility has jurisdiction, you may
wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another
addressee, please return the enclosed to the above address.

6-1-26