IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW JUAREZ<br><br>Defendant. | **4:24CR3066**<br><br>**ORDER** |

Defendant Andrew Juarez has advised the Court that he did not receive the Government's response to his § 2255 motion. (Filing No. 179.) Defendant requests that the Court send him the Government's responsive materials, which were filed electronically with the Court. Defendant also seeks an extension of time to respond to the Government's brief. This relief will be granted.

Accordingly,

**IT IS ORDERED:**

1. Defendant's request for an extension of time (Filing No. 180) is granted. Defendant shall file his response to the Government's brief by November 2, 2026.

2. The Clerk of Court shall mail the Government's response to Defendant's § 2255 motion (Filing No. 176; Filing No. 177) to Defendant at his address of record.

Dated this 2nd day of September, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge